DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Deeds, JoAnn
Deeds, Stephen
                Debtors

Case No. 10-03246-PCW13

Trustee's Report on Conclusion of Meeting of Creditors

Daniel H. Brunner, Chapter 13 Trustee in the above captioned matter, reports to the court that the Meeting of Creditors held pursuant to 11 USC 341 (a) and first set for 7/1/2010 and re-scheduled to 7/29/2010     was concluded by the Trustee on 7/29/2010

July 30, 2010                               By: Mike Todd /s/MIT