# Proceeding Minutes / Proceeding Memo

*Case #:* 10-03246  *Case Name:* JoAnn Deeds and Stephen Deeds
*Set:* 08/02/2010 01:30 pm  *Chapter:* 13  *Type:* bk  *Judge* Patricia C Williams
*matter* Confirmation - filing fee

  -- Christina Henry, attorney for debtors
  -- Mike Todd, Trustee

Minute Entry Re: HELD-The court contiued the hearing to 9/14 @10:00 a.m. (phone).  See Order Continuing Hearing and Setting Deadlines for more information.    (related document(s): [30]  Chapter 13 Plan).(JKB)