Daniel H. Brunner
Chapter 13 Trustee
PO Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

IN RE: )
)
   Deeds, JoAnn and ) CASE NO. 10-03246-PCW13
   Deeds, Stephen ) Amended
) TRUSTEE FINANCIAL CASE ANALYSIS
)

     I , Lana Lackey am employed in the Office of the Chapter 13 Trustee and am the Case Administrator Assigned to this case.

   I hereby certify under penalty of perjury that on August 02, 2010 I prepared and reviewed the attached Trustee Financial Case Analysis, and that to the best of my knowledge, information, and belief it is an accurate representation of the data contained in both the Court files and those of the Chapter 13 Trustee

Dated: August 02, 2010                           Daniel H. Brunner, Trustee
                                                                By:I Lana Lackey/S/LML

# TRUSTEE'S FINANCIAL CASE ANALYSIS

| | | | |
|---|---|---|---|
| **Case Name:** | Deeds, JoAnn and<br>Deeds, Stephen | **Case No.** | 10-03246-PCW13 |
| **Debtor's Attorney:** | CHRISTINA HENRY | **Phone:** | (000) 000-0000 |

| | | | |
|---|---|---|---|
| **Date Petition Filed:** | May 27, 2010 | **Debtor's Proposed Term:** | 60 |
| **Date of 341 Meeting:** | July 01, 2010 | | |
| **Bar Date:** | September 29, 2010 | | |
| **GU Bar Date:** | November 23, 2010 | | |

| | | | |
|---|---|---|---|
| **Monthly Income:** | $8,098.50 | [ X ]  Base Plan | |
| **Monthly Expenses:** | 2,429.00 | Proposed Base Amt | **$335,940.67** |
| **Disposable Income:** | 5,669.50 | [  ]  100% Plan | |
| **Plan Payment** | 7,000.00 | [  ]  Other: | |

**Scheduled Obligations:**          **Filed Claims**

| | | | |
|---|---|---|---|
| Secured: | $1,126,743.00 | Secured: | $266,850.63 |
| Priority: | $73,000.00 | Priority: | $53,213.29 |
| Unsecured: | $0.00 | Unsecured: | $8,760.69 |
| Admin: | | Admin: | $3,000.00 |

| | | | |
|---|---|---|---|
| **Total Scheduled:** | | **Total Filed Claims:** | $331,824.61 |

**Proposed To Be Paid By Debtor**          **Projected To Be Paid By Trustee:**

| | | | |
|---|---|---|---|
| Attorney Fees: | $0.00 | Attorney Fees: | $2,850.00 |
| Continuing: | $0.00 | Continuing: | $266,008.58 |
| Secured: | $383,559.00 | Secured: | $0.00 |
| Arrearage: | $0.00 | Arrearage: | $8,610.79 |
| Priority: | $20,000.00 | Priority: | $15,709.24 |
| Separate Class: | $0.00 | Separate Class: | $0.00 |
| Unsecured: | | Unsecured: | $0.00 |
| Subtotal: | | Subtotal: | $293,178.61 |
| | | Trustee Fees: | $33,594.06 |

| | | | |
|---|---|---|---|
| **Total Disbursed:** | $455,622.22 | **Total Disbursed:** | $326,772.67 |

| | Debtor's Liquidation Analysis | Trustee's Liquidation Analysis |
|---|---|---|
| Value of Personal Property: | 21,715.00 | 21,715.00  ( + ) |
| Secured Claims Against Personal Property: | 0.00 | 0.00  ( - ) |
| Personal Property Exemptions: | 13,275.00 | 13,275.00  ( - ) |
| Value of Real Property: | 1,060,000.00 | 1,060,000.00  ( + ) |
| Secured Claims Against Real Property: | 1,060,000.00 | 1,126,743.00  ( - ) |
| Real Property Exemptions: | 45,897.00 | 45,897.00  ( - ) |
| **Value of Non-Exempt Property:** | -37,457.00 | -104,200.00 |

**Debtor is claiming State Exemptions**

# TRUSTEE'S FINANCIAL CASE ANALYSIS

**Comments:**

REPORT BASED UPON
AMENDED PLAN FILED
7-27-10.

## CLAIMS DISTRIBUTION ANALYSIS

| ATTORNEY FEE | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| CHRISTINA HENRY | CLAIM | 3,000.00 | 0.00 | 50.00 | 058 | 2,850.00 |
| | | | **TOTAL PAYMENTS:** | | | $2,850.00 |

| DEBTOR REFUND | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| JoAnn Deeds | SCHED | 0.00 | 0.00 | .00 | 000 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | $0.00 |

| CURRENT MORTGAGE PAYMEN | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| AMERICAS SERVICING CO | SCHED | 259,200.00 | 0.00 | 1887.00 | 058 | 111,333.00 |
| COUNTRYWIDE HOME LOANS | SCHED | 216,800.00 | 0.00 | 1169.00 | 058 | 68,971.00 |
| COUNTRYWIDE HOME LOANS | SCHED | 99,998.00 | 0.00 | 826.62 | 058 | 48,770.58 |
| COUNTRYWIDE HOME LOANS | SCHED | 94,105.00 | 0.00 | 456.00 | 058 | 26,904.00 |
| KEY BANK USA | SCHED | 46,425.00 | 0.00 | 170.00 | 058 | 10,030.00 |
| | | | **TOTAL PAYMENTS:** | | | $266,008.58 |

| PRE-PETITION MORTGAGE AR | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION | CLAIM | 7,706.59 | 0.00 | 0.00 | 029 | 7,706.59 |
| KEY BANK USA | CLAIM | 904.20 | 0.00 | 0.00 | 029 | 904.20 |
| COUNTRYWIDE HOME LOANS | SCHED | 3,586.30 | 0.00 | 0.00 | 002 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | $8,610.79 |

| PRIORITY | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY | CLAIM | 24,712.02 | 0.00 | 0.00 | 058 | 15,709.24 |
| | | | **TOTAL PAYMENTS:** | | | $15,709.24 |

| SECURED | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| CENTRAL MORTGAGE CO ATTN BAN | SCHED | 49,755.00 | 0.00 | 0.00 | 058 | 0.00 |
| COUNTRYWIDE HOME LOANS | SCHED | 270,000.00 | 0.00 | 0.00 | 058 | 0.00 |
| COUNTRYWIDE HOME LOANS | SCHED | 39,660.00 | 0.00 | 0.00 | 058 | 0.00 |
| US BANK NATIONAL ASSOCIATION | CLAIM | 266,850.63 | 0.00 | 0.00 | 058 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | $0.00 |

| UNSECURED | SCHED/CLM | CLAIM AMT | INT RATE | MO PMT | TERM | PAID IN PLAN |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY | CLAIM | 8,760.69 | 0.00 | Pro Rata | 058 | 0.00 |
| | | | **TOTAL PAYMENTS:** | | | $0.00 |

# RECIEPTS REPORT
DANIEL H. BRUNNER TRUSTEE

08/02/2010 Page No. 1
In re: Case No.

| DATE | SOURCE | AMOUNT |
|------|--------|--------|

GROSS RECIEPTS:
*LESS ADJUSTMENTS:
NET RECIEPTS:

**DISBURSEMENTS REPORT**
DANIEL H. BRUNNER, TRUSTEE

08/02/2010  Page No. 1

Case No.

In re:

DISBURSEMENTS

Date | Claim # | PC | Creditor Name | Amount

10-03246-PCW13    Doc 82    Filed 08/02/10    Entered 08/02/10 16:31:33    Pg 6 of 6